UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI, | No. 2:22-cv-1792 KJN P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se, and seeks relief pursuant to 42 U.S.C. § 1983. On October 19, 2022, plaintiff's complaint was dismissed with leave to amend.[1] (ECF No. 6.) Plaintiff was granted the opportunity to either file an amended complaint or voluntarily dismiss his action. Subsequently, plaintiff filed a notice of election form, indicating he elected to file an amended complaint, but provided no amended complaint. Thus, his election is ineffective.

In an abundance of caution, plaintiff is granted thirty days in which to file an amended complaint. If plaintiff does not file an amended complaint, the undersigned will recommend that this action be dismissed. Fed. R. Civ. P. 41(b).

////

////

---

[1] Ruling on his request to proceed in forma pauperis was deferred because the court was unable to discern the nature of plaintiff's claims. (ECF No. 6 at 1 n.1.)

     Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days in which to file an amended complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed. Fed. R. Civ. P. 41(b).

Dated: December 8, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/isel1792.eot