1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 BRANDEN WILLIE ISELI,                          No.  2:22-cv-1792-DJC-KJN P

12              Plaintiff,

13      v.                                        ORDER

14 STATE OF CALIFORNIA,

15              Defendant.

16

17      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil

18 rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a

19 United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20 302.

21      On April 13, 2023, the Magistrate Judge filed findings and recommendations

22 herein which were served on Plaintiff, and which contained notice to Plaintiff that any

23 objections to the findings and recommendations were to be filed within fourteen

24 days.  Plaintiff filed two separate objections to the findings and recommendations.

25      On April 20, 2023, Plaintiff filed an undated document addressed "to the court"

26 and referenced three of his cases filed in this district, including the instant case.  On

27 the page directed to the instant case, labeled "Objection," Plaintiff claims he was

28 found guilty of a rules violation report ("RVR") dated October 12, 2021, for battery on

1

1   a peace officer with "MERD" of March 25, 2022, according to a classification

2   committee chrono.  (ECF No. 35 at 7.)  Plaintiff states he plead the Fifth Amendment

3   and appears to contend that the RVR was false.  (Id.)  As relief, Plaintiff appears to seek

4   reversal of the RVR, as well as reduction of his current sentence.  (Id.)

5          In his April 26, 2023 objections, Plaintiff reiterates he was charged with

6   battery receiving disciplinary action, again plead the Fifth, believes discovery may

7   show misconduct, and elaborates that the charge was based on claims that Plaintiff hit

8   an officer with plaintiff's elbow during a physical escort to "ALEG during an

9   emergency notice of safety concerns due to yard politics."[1]  (ECF No. 36 at 1.)  As

10  relief, plaintiff wants the RVR charges reversed, and would like a "trust fund of the max

11  . . . $10 million plus, less time for pending convictions, and a job, if possible, . . . back

12  pay, all tax free."  (ECF No. 36 at 1.)

13         Despite the provision of additional facts, Plaintiff has not filed an amended

14  complaint that identifies a viable defendant, set forth where he incurred the RVR, or

15  provided sufficient facts to determine whether Plaintiff can state a cognizable civil

16  rights claim.  Plaintiff previously claimed he was issued an RVR for battery on a peace

17  officer while he was housed in Pelican Bay State Prison ("PBSP") (ECF No. 31 at 4), and

18  plaintiff was previously advised that any challenge to a RVR issued to plaintiff while

19  housed at PBSP must be filed in the Northern District of California.  (ECF No. 6 at 3;

20  ECF No. 34 at 1 n.1.)  Plaintiff's prior RVR reference did not include a date; thus the

21  Court is unable to determine whether plaintiff refers to the RVR he incurred at PBSP, or

22  whether Plaintiff may have suffered an additional RVR at a different prison.  Plaintiff

23  also seeks improper relief unavailable in a civil rights action.  Despite being given two

24  opportunities to amend his pleading to provide sufficient facts demonstrating a

25  violation of his constitutional rights, Plaintiff has not complied.

26         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

27

28  _____
    [1]  It remains unclear what plaintiff means by "ALEG."

2

304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed January 23, 2023 (ECF No. 34), are adopted in full; and

2.  This action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated:   **June 15, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/isel1792.804

3