UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI, | No. 2:22-cv-1792 DJC KJN P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Defendant. | |

On June 16, 2023, this action was dismissed without prejudice, and judgment was entered. On July 24, 2023, plaintiff filed a document bearing ten different case numbers, and stating he would like to physically attend to "properly review and deliberate such grantable for relief and resolvement [sic] directly." (ECF No. 39 at 2.) Plaintiff again fails to provide any factual allegations that would suggest plaintiff could state a cognizable civil rights claim, instead stringing together various labels and general concepts in an incomprehensible manner. To the extent plaintiff requests to come to court to explain his allegations, such request is denied.

This civil rights action was closed on June 16, 2023. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 39) is denied; and

2. No orders will issue in response to future filings.

Dated: August 28, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/isel1792.58